THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Kellie Lindler, Appellant,
v.
The South Carolina Workers Compensation Commission and the South Carolina Budget and Control Board,
Respondents.
 
 
 

Appeal From Richland County
 Reginald I. Lloyd, Circuit Court Judge

Memorandum Opinion
No. 2007-MO-006
Heard December 5, 2006  Filed January 29, 2007

AFFIRMED

 
 
 
J. Lewis Cromer, of Cromer & Mabry, of Columbia, for Appellant.
Keith M. Babcock, of Lewis & Babcock, of Columbia, for Respondents.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b) (1) SCACR, and the following authorities:  Botchie v. ODowd, 299 S.C. 329, 384 S.E.2d 787 (1989), Heath v. Aiken County, 295 S.C. 416, 368 S.E.2d 904 (1988), Anders v. Richland County Council, 284 S.C. 142, 325 S.E.2d 538 (1985).  
AFFIRMED.
TOAL, C.J., MOORE, WALLER, BURNETT, JJ., and Acting Justice James W. Johnson, Jr., concur.